Name: John Gerholt
Number: KR8142
Box 244
Graterford, PA 19426-0426

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

Hasler
02/01/2013
US POSTAGE $000.46
ZIP 19426
011D12602070

United States District Court
Western District of Pennsylvania
Chambers of
Keith A. Pesto
Magistrate Judge
Penn Traffic Building
Johnstown, PA. 15901