5/12/14

Michael Lettrich
Jones Passodelis
Gulf Tower, Suite 3510
707 Grant Street
Pittsburgh, PA 15219


Re: Information Request

Mr. Lettrich:

    We are in receipt of your request for information dated 5/7/14, concerning records for inmate <u>John Lewis Gerholt, Sr., KR8142</u>. The information you requested cannot be provided due to the following reason(s):

\_\_\_\_\_ name of the facility authorized to release the information is incomplete.

\_\_\_\_\_ name of the Individual/ organization authorized to receive the information is incomplete.

\_\_X\_\_ inmate's name, Department number, date of birth, or social security number are not present.

\_\_\_\_\_ statement of the purpose of the disclosure of the information is incomplete.

\_\_X\_\_ statement of the specific information to be released is incomplete. (dates specific/time frame needed)

\_\_\_\_\_ date the authorization was signed and/or date it will expire is incomplete.

\_\_\_\_\_ inmate's signature and/or date signed are incomplete.

\_\_X\_\_ witness signature and/or date signed is incomplete.

\_\_\_\_\_ the information you are requesting is extremely confidential. A more specific authorization is required prior to the release of records.

\_\_\_\_\_ the inmate's records are not at this facility.


Very truly yours,

*Stacey O'Mara*

Corrections Superintendent's Assistant


DC-ADM 003, Release of Information Procedures Manual
Section 1 - General Procedures


EXHIBIT "A"