CLD-278

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-1520
_____

JOHN LEWIS GERHOLT, SR.,
Appellant

v.

DONALD ORR, JR., Warden, individually and in his official capacity;
COUNTY OF BEDFORD; RONALD LEIDY, Correctional Officer,
individually and in his official capacity; JAMES BAKER, Correctional
Officer, individually and in his official capacity; LIEUTENANT CLIPPER,
Correctional Officer, individually and in his official capacity;
EUGENE D. DOWNY, Treatment Specialist, individually and in his official
capacity; PRIME CARE MEDICAL DEPARTMENT
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 3-13-cv-00007)
District Judge: Honorable Kim R. Gibson
_____

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B)
or Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
July 23, 2015
Before: FUENTES, GREENAWAY, JR. and VANASKIE, Circuit Judges
_____

**JUDGMENT**
_____

    This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) or summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on July 23, 2015. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered February 9, 2015, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

DATED: August 19, 2015